OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Frank L. Pascoe and Belinda L. Pascoe                Bank: First National Bank

Bankruptcy Number: 11-25985 TPA                Account Number: x0771

Date of Confirmation: April 27, 2016                Account Type: Checking - Trustee's Acct.

Reporting Period (month/year): April 1, 2016 - June 30, 2016

Beginning Cash Balance:                $ 380,433.66
All receipts received by the debtor:

    Cash Sales: (Rents Received)                $ 76,187.94

    Collection of Accounts Receivable: (Insurance Proc.) $ 13,365.77

    Proceeds from Litigation (settlement or otherwise):   $ N/A

    Sale of Debtor=s Assets:                $ N/A

    Capital Infusion pursuant to the Plan:                $ 340,750.00

    Total of cash received:                $ $430,303.71

Total of cash available:                $ 810,737.37

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:                $ 670,237.92

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                $ 64,602.35

    All other disbursements made in the ordinary
        course:                $ 47,134.69

    Total Disbursements (Excluding Transfers of $8,850 to other accts.)                $ 781,974.96

Ending Cash Balance    (Including Transfers of $8,850 to other accts.)                $ 19,912.41

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-14-16                Name: _[signature]_, Trustee

Title: Chapter 11 Trustee

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
### POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank L. Pascoe and Belinda L. Pascoe        Bank: WesBanco- Pascoe Properties

Bankruptcy Number: 11-25985 TPA        Account Number: -1659

Date of Confirmation: April 27, 2016        Account Type: Checking

Reporting Period (month/year): April 1, 2016- June 30, 2016

Beginning Cash Balance:        $17.24
All receipts received by the debtor:

    Cash Sales: (Rents Received)        $ 66,343.00

    Collection of Accounts Receivable: (insurance proc.)        $ 120,601.29

    Proceeds from Litigation (settlement or otherwise):        $N/A

    Sale of Debtor's Assets:        $N/A

    Capital Infusion pursuant to the Plan:        $N/A

    Total of cash received:        $ 186,954.29

Total of cash available:        $ 186,971.53

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:        $ N/A

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:        $ N/A

    All other disbursements made in the ordinary
        course:        $ 146,021.99

    Total Disbursements (Excluding Transfers of $31,700.00 to other accounts)        $ 146,021.99

Ending Cash Balance (Including Transfers of $31,700.00 to other accounts)        $ 9,249.54

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-14-16        Name: [signature]

Title: Debtor

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank L. Pascoe and Belinda L. Pascoe     Bank: WesBanco- LockBox Pascoe Properties

Bankruptcy Number: 11-25985 TPA     Account Number: -3374

Date of Confirmation: April 27, 2016     Account Type: Checking

Reporting Period (month/year): April 1, 2016- June 30, 2016

Beginning Cash Balance:     $7,595.00
All receipts received by the debtor:

    Cash Sales: (Rents Received)     $ 188,571.06

    Collection of Accounts Receivable:     $N/A

    Proceeds from Litigation (settlement or otherwise):     $N/A

    Sale of Debtor's Assets:     $N/A

    Capital Infusion pursuant to the Plan:     $N/A

    Total of cash received:     $ 188,571.06

Total of cash available:     $ 196,166.06

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:     $ N/A

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:     $ N/A

    All other disbursements made in the ordinary course:     $ 83,744.16

Total Disbursements (Excluding Transfers of $107,626.90 to other accounts)     $ 83,744.16

Ending Cash Balance (Including Transfers of $107,626.90 to other accounts)     $ 4,795.00

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-14-16     Name: [signature] Frank Pascoe

Title: Debtor

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank L. Pascoe and Belinda L. Pascoe          Bank: PNC Bank- All American Woodworking

Bankruptcy Number: 11-25985 TPA                                Account Number: -8446

Date of Confirmation: April 27, 2016                            Account Type: Checking

Reporting Period (month/year): April 1, 2016- June 30, 2016

Beginning Cash Balance:                                          $5,580.03
All receipts received by the debtor:

    Cash Sales:                                              $15,972.89

    Collection of Accounts Receivable:                       $N/A

    Proceeds from Litigation (settlement or otherwise):      $N/A

    Sale of Debtor=s Assets:                                 $N/A

    Capital Infusion pursuant to the Plan:                   $N/A

    Total of cash received: (Including Transfers of $6,650 from other accounts)
                                                             $22,622.89

Total of cash available:                                         $ 28,202.92

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:                      $ N/A

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                                $ N/A

    All other disbursements made in the ordinary
    course:                                                  $ 22,162.33

Total Disbursements                                              $ 22,162.33

Ending Cash Balance                                              $ 6,040.59

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-14-16          Name: Frank L Pascoe

                       Title: Debtor

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Frank L. Pascoe and Belinda L. Pascoe

Bank: PNC Bank- Personal Account

Bankruptcy Number: 11-25985 TPA

Account Number: -9843

Date of Confirmation: April 27, 2016

Account Type: Checking

Reporting Period (month/year): April 1, 2016- June 30, 2016

Beginning Cash Balance:
All receipts received by the debtor: $6,751.34

- Cash Sales: (Paychecks) $4,343.92
- Collection of Accounts Receivable: (tax refunds) $10,648.01
- Proceeds from Litigation (settlement or otherwise): $N/A
- Sale of Debtor's Assets: $N/A
- Capital Infusion pursuant to the Plan: $400,000.00
- Total of cash received: (Including Transfers of $5,012) $425,177.78

Total of cash available: $431,929.12

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

- Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $N/A
- Disbursements made pursuant to the administrative claims of bankruptcy professionals: $N/A
- All other disbursements made in the ordinary course: $18,865.39

Total Disbursements (Excluding Transfers of $386,000 to other accounts) $23,578.96

Ending Cash Balance (Including Transfers of $386,000 to other accounts) $22,350.16

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-14-16

Name: [signature] Frank L. Pascoe

Title: Debtor