IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-25985-TPA |
| | : | |
| FRANK L. PASCOE | : | CHAPTER 11 |
| BELINDA L. PASCOE | : | |
|       DEBTORS | : | |
| | : | DOCUMENT NO. _____ |
| FRANK L. PASCOE | : | |
| BELINDA L. PASCOE | : | |
|       MOVANTS, | : | |
| | : | RELATED DOC. NO. 1062 |
| VS. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
STATUS REPORT AND MOTION FOR FINAL DECREE**

**To the Respondent(s):**

You are hereby notified that the Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve on the undersigned attorney for Movant a response to the Motion no later than **August 1, 2016,** i.e. at least fourteen (14) days after the date of service below plus three (3) days if service is made by regular mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web Page at www.pawb.uscourts.gov . If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **August 18, 2016**, at **9:30**, a.m. before Judge Thomas P. Agresti, Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If this is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of mailing or other service: July 15, 2016.

                                              Respectfully submitted,

                                              MELARAGNO, PLACIDI, PARINI & VEITCH

                                  BY: /s/ John C. Melaragno
                                          John C. Melaragno, Esq.
                                          502 West Seventh Street
                                          Erie, Pennsylvania 16502
                                          johnm@mplegal.com
                                          (814) 459-5557
                                          (814) 459-6778 (fax)
                                          PA I.D. # 80207