IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 11-25985-TPA |
| | : |
| | : CHAPTER 11 |
| FRANK L. PASCOE | : |
| BELINDA L. PASCOE | : |
| DEBTORS | : Document No. _____ |
| | : |
| FRANK L. PASCOE | : |
| BELINDA L. PASCOE | : |
| | : Related Doc. No. <u>162</u> |
| MOVANTS, | : |
| | : |
| VS. | : |
| | : |
| NO RESPONDENT. | : |

**<u>CERTIFICATE OF NO OBJECTION</u>**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Motion for Final Decree" filed on July 15, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Motion for Final Decree" appears thereon. Pursuant to the Notice of Hearing, objections to the "Motion for Final Decree" were to be filed and served no later than August 1, 2016.

      It is hereby respectfully requested that the Order attached to the "Motion for Final Decree" be entered by the Court.

Respectfully submitted,

MELARAGNO, PLACIDI, PARINI & VEITCH

Dated: August 2, 2016      By:  <u>/s/   John C. Melaragno</u>
John C. Melaragno, Esq.
502 West Seventh Street
Erie, Pennsylvania 16502
814-459-5557
814-459-6778 (fax)
Pa.S.Ct. I.D. No. 80207
johnm@mplegal.com