IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| FRANK L. PASCOE and<br>BELINDA L. PASCOE | Case No. 11-25985-TPA |
| Debtor | Chapter 11 |
| JOHN C. MELARAGNO, ESQ.,<br>CHAPTER 11 TRUSTEE | Document No._____ |
| Applicant<br>VS. | Related Doc. No. 1067 |
| NO RESPONDENTS | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Final Application for Allowance of Interim Compensation for Attorney Pro Se" filed on July 15, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Final Application for Allowance of Interim Compensation for Attorney Pro Se" appears thereon. Pursuant to the Notice of Hearing, objections to the "Final Application for Allowance of Interim Compensation for Attorney Pro Se" were to be filed and served no later than August 1, 2016.

It is hereby respectfully requested that the Order attached to the "Final Application for Allowance of Interim Compensation for Attorney Pro Se" be entered by the Court.

Respectfully submitted,

MELARAGNO, PLACIDI, PARINI & VEITCH

Dated: August 2, 2016         By:   /s/   John C. Melaragno
                                    John C. Melaragno, Esq.
                                    502 West Seventh Street
                                    Erie, Pennsylvania  16502
                                    814-459-5557
                                    814-459-6778 (fax)
                                    Pa.S.Ct. I.D. No. 80207
                                    johnm@mplegal.com