FILED
8/3/16 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

"N"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | ) | Case No. 11-25985-TPA |
| | ) | |
| | ) | Chapter 11 |
| FRANK L. PASCOE, and, | ) | |
| BELINDA L. PASCOE, | ) | Document No: |
| | ) | |
| Debtors. | ) | Related to Document No: 1056, 1059, 1073 |
| | ) | |
| FIRSTMERIT BANK, N.A. | ) | |
| | ) | Hearing Date: August 4, 2016 |
| | ) | |
| Movant, | ) | Hearing Time: 10:00 AM |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK L. PASCOE, BELINDA L. | ) | |
| PASCOE, JOHN MELARAGNO, CHAPTER | ) | |
| 11 TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF COURT RESOLVING FIRSTMERIT BANK, N.A.'S MOTION TO COMPEL THE DEBTORS AND/OR TRUSTEE TO COMPLY WITH THE TERMS OF THE NINTH AMENDED PLAN

AND NOW, this 3rd day of August 2016, upon consideration of the Stipulation filed at Document No. 1073 it is ORDERED, ADJUDGED AND DECREED as follows:

1. The Trustee, John C. Melaragno, Esquire (the "Trustee") shall execute a Deed in Lieu of Foreclosure (the "Deed in Lieu"), in a form acceptable to FirstMerit Bank, N.A., for Frank L. Pascoe and Belinda L. Pascoe's (collectively, the "Debtors") personal residence located at 1136 Brookshire Drive, New Castle, Pennsylvania (the "Personal Residence") on or before Friday, August 5, 2016;

{B2702074.1}    1

2. On or before Friday, August 19, 2016, the Debtors shall allow FirstMerit access to the interior of the Personal Residence so that an appraisal may be conducted by FirstMerit or an authorized representative acting on First Merit's behalf;

3. FirstMerit shall provide the Debtors at least three (3) days' notice of the scheduling of any interior appraisal;

4. Upon execution of the Deed in Lieu, the Trustee shall send the original Deed in Lieu to undersigned counsel to FirstMerit, which Deed in Lieu shall be held in escrow by FirstMerit until Thursday, September 15, 2016 (the "Transfer Date"), at which time FirstMerit will record the Deed in Lieu;

5. Not later than 5:00 PM on the Transfer Date, the Debtors shall deliver possession of the Personal Residence to FirstMerit, including any and all fixtures and improvements affixed to the Personal Residence by delivering keys to the Personal Residence to Counsel for FirstMerit's office located at Two Gateway Center, 603 Stanwix Street, Pittsburgh, Pennsylvania 15222, Attn: Erica K. Dausch;

6. On the Transfer Date, the Personal Residence shall be free of debris, with all structures broom-clean;

7. The Debtors shall be enjoined and prohibited from destroying the interior or exterior of the Personal Residence prior to delivery of possession of the Personal Residence to FirstMerit, which prohibition shall include but not be limited to, removal of any and all fixtures and improvements from the Personal Residence;

8. Until the Transfer Date, the Debtors shall maintain the interior and exterior of the Personal Residence, which maintenance shall include mowing the lawn and complying with any

and all laws, ordinances and/or municipal codes of the township and county where the Personal Residence is located; and

      9.      The Debtors shall be solely responsible for and shall indemnify FirstMerit against any and all claims, demands, actions, suits, damages, liabilities, losses, costs and expenses, which arise out of or relate to the Personal Residence from the date of execution of this Stipulation until possession of the Personal Residence is delivered to FirstMerit.

      10.     The hearing previously scheduled for August 4, 2016 is ***CANCELLED***.

BY THE COURT:

_____  vas
Hon. Thomas P. Agresti
United States Bankruptcy Judge

{B2702074.1}            3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-25985-TPA
Frank L. Pascoe                                                       Chapter 11
Belinda L. Pascoe
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 4         Date Rcvd: Aug 03, 2016
                              Form ID: pdf900         Total Noticed: 85
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
```
db/jdb         +Frank L. Pascoe,    Belinda L. Pascoe,    1136 Brookshire Drive,    New Castle, PA 16101-3153
tr             +John C. Melaragno,    502 West 7th Street,    Erie, PA 16502-1333
r              +Anne Westbrook,    Berkshire Hathaway HomeServices,    140 S. Main Street,
                 Slippery Rock, PA 16057-1245
cr              Bank of America, N.A.,    c/o Bernstein Law Firm,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Butler County Tax Claim Bureau,    Butler County Courthouse,    124 W. Diamond Street,
                 P.O. Box 1208,    Butler, PA 16003-1208
app           #+Diversified Evaluation Company,     Gateway Towers,    320 Fort Duquesne Boulevard,    Suite 319,
                 Pittsburgh, PA 15222-1102
cr              Donald R Calaiaro,    Calaiaro Valencik,    428 Forbes Avenue, Suite 900,
                 Pittsburgh, PA  15219-1621
intp            EdgeMarc Energy d/b/a EM Energy Pennsylvania, LLC.,     600 Technology Drive, Suite 300,
                 Canonsburg, PA  15317
cr             +First Commonwealth Bank,    Three Gateway Center,    401 Liberty Avenue, Suite 1375,
                 Pittsburgh, PA 15222-1004
cr             +First National Bank of Pennsylvania,     4140 East State Street,    Hermitage, PA 16148-3401
cr             +FirstMerit Bank, N.A.,    c/o David W. Ross, Esquire,    Babst, Calland, Clements & Zomnir, P.C.,
                 Two Gateway Center, 7th Floor,    Pittsburgh, PA  15222
r              +Georgie Ann Smigel,    20510 Route 19,    Cranberry Twp., PA 16066-7526
md             +Joel M. Helmrich,    Dinsmore & Shohl,    One Oxford Centre,    Suite 2800,
                 Pittsburgh, PA 15219-1400
cr             +McClymonds Supply & Transit Co, Inc,    c/o Cilli & Perrotta, P.C.,
                 229 S. Jefferson Street, Ste 203,    New Castle, PA 16101-3894
acc             Nicholas F. Paolini,    325 East Washington Street,    New Castle, PA  16101-4049
cr             +R&K Partners, L.P,    c/o Alan E. Cech, Esquire,    706 Rochester Road,
                 Pittsburgh, PA 15237-1706
cr              RFK Enterprises, LLC,    1429 Butler Avenue,    New Castle, PA  16101
14268642        ACL,    PO Box 740631,    Cincinnati, OH 45274-0631
13191138      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,      PO Box 15102,
                 Wilmington, DE 19886-5102)
13205946       +BLX Oil, Inc.,    233 North Park Drive,    Kittanning, PA 16201-7123
13205943       +Baird Brothers,    7060 Crory Road,    Canfield, OH 44406-9720
13194352        Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
13205945       +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
13194353        Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
13317935       +Bank of America, N.A.,    P O Box 26012,    NC4-105-02-99,    Greensboro, NC 27420-6012
13194354       +Brentwood Bank,    411 McMurray Drive,    Bethel Park, PA 15102-1165
13205951       +CBS,    1409 Moravia Street,    New Castle, PA 16101-3930
13205948       +Cabela's Visa,    One Cabela Drive,    Sidney, NE 69160-0001
13205950       +Carter Lumber,    P.O. Box 40,    Kent, OH 44240-0001
13298613       +Carter Lumber Co.,    c/o Richard J. Parks, Esq.,     Pietragallo Gordon Alfano Bosick & Raspa,
                 54 Buhl Boulevard,    Sharon, PA 16146-3706
13205952       +Central Heating,    925 Moravia Street,    New Castle, PA 16101-3916
13205953       +Chambers Steel,    P.O. Box 235,    West Middlesex, PA 16159-0235
13205954       +Contact with Jason & Jessica Devido,     932 Old State Road,    New Castle, PA 16101-6583
13205955       +Contact with Kristen Pascoe and,    William Albertini,    1132 Motor Street,
                 New Castle, PA 16101-3049
13205956       +Crescent Supply,    P.O. Box 40110,    Pittsburgh, PA 15201-0110
13205957       +Desco,    2412 Wilmington Road,    New Castle, PA 16105-1939
13205959       +ESB Bank,    600 Lawrence Avenue,    Ellwood City, PA 16117-1930
13194355       +ESB Bank,    c/o RL Murphy Esq,    Papernick & Gefsky,    301 Grant St-34th Fl,
                 Pittsburgh PA 15219-6401
13205960       +F&S Properties,    1136 Brookshire Drive,    New Castle, PA 16101-3153
13204574       +First Commonwealth Bank,    c/o McGrath Law Group, P.C.,     Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1034
13194357       +First Merit Bank,    P.O. Box 3648,    Akron, OH 44309-3648
13194358       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
13227473        First National Bank of Pennsylvania,     Grenen & Birsic, P.C.,    c/o Jillian L. Nolan, Esquire,
                 One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
13299329        FirstMerit Bank, N.A.,    c/o Erica L. Koehl, Esquire,     Two Gateway Center, 7th Floor,
                 Pittsburgh, PA  15222
13298964       +H.P. Starr Lumber Co., LLC,    c/o Christopher L. Borsani, Esq.,     Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13205964       +HP Starr Lumber,    P.O. Box 3666,    Pittsburgh, PA 15230-3666
13205965        Jason and Jessica Devido,    1132 Motor Street,    New Castle, PA 16101-3049
13194359       +Joe and Sally Monsour,    114 Hoover Road,    New Castle, PA 16101-3251
13194360        Kubota Credit Corp.,    P.O. Box 0559,    Carol Stream, IL 60132-0559
13235246        Lezzer Holdings, Inc.,    c/o Mark Lindsay, Esquire,    Babst, Calland, Clements & Zomnir, P.C.,
                 Two Gateway Center, 6th Floor,    Pittsburgh, PA  15222
13194361       +Lezzer Lumber,    c/o John Ryan, Esquire,    202 South Front Street,    P.O. Box #1,
                 Clearfield, PA 16830-0001
13205969       +McClure Johnston,    201 Corey Avenue,    Braddock, PA 15104-1397
```

```
District/off: 0315-2           User: gamr                   Page 2 of 4                   Date Rcvd: Aug 03, 2016
                               Form ID: pdf900              Total Noticed: 85


13205970      +McClymonds Supply & Transit,    P.O. Box 296,   Portersville PA 16051-0296
13222783      +NexTier Bank, N.A.,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1034
13205973      +PF Cook,    2080 Ehrman Road,   Cranberry Township, PA 16066-2204
13195058      +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
13194363       PNC Mortgage,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13205972     #+Pacoe Builders,    2530 New Butler Road,    New Castle, PA 16101-3225
14268644       Penelec,    76 S. Main Street,   Akron, OH 44308-1890
14268645       Quest Diagnostics,    PO Box 740631,    Cincinnati, OH 45274-0631
13205977      +R&K,    481 Maitland Lane,    New Castle, PA 16105-1447
13194364      +R&K Partnership,    481 Maitland Lane,    New Castle, PA 16105-1447
13205978      +RFK Partnership,    1429 New Butler Road,    New Castle, PA 16101-3001
13194367      +Sears/Citibank,    P.O. Box 689134,    Des Moines, IA 50368-9134
13194368      +Shenango Area School District,    Mary Jane Cousins, Tax Collector,    1000 Willowbrook Road,
                Suite 4,    New Castle, PA 16101-5444
13205982      +Sherwin Williams,    1611 W.State Street,    New Castle, PA 16101-1231
13205983       Silver Dollar Resort,    12515 Silver Dollar Drive,    Odessa, FL 33556-2237
13205984      +Smiley Electric,    1225 Old Princeton Road,    New Castle, PA 16101-6246
13194369      +Staph & DeCarbo,    2911 Wilmington Road,    New Castle, PA 16105-1249
13205986      +Suburban,    193 Crowe Avenue,   Mars, PA 16046-3303
13205987      +Superior Drywall,    1259 Freedom Crider Road,    Freedom, PA 15042-9318
13246236       WORLD’S FOREMOST BANK,    CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14268646       We Florida Financial,    P.O. Box 14548,    Fort Lauderdale, FL 33302-4548
13205989      +Zillweger, Inc.,    ATTN: Ryan Zillweger,    100 Zillweger Lane,    Butler, PA 16002-0904
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2016 01:43:44
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
cr            +E-mail/Text: kburkley@bernsteinlaw.com Aug 04 2016 01:51:36
                Shell Exploration & Production Co,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200,    Gulf Tower,    Pittsburgh, PA 15219-1945
13194351       E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2016 01:50:08     Ally Bank,
                Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
13190753      +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2016 01:50:08
                Ally Financial Inc. f/k/a GMAC Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13194356      +E-mail/Text: bankruptcynotice@fcbanking.com Aug 04 2016 01:50:12     First Commonwealth,
                P.O. Box 537,    Indiana, PA 15701-0537
13194362       E-mail/Text: rfrench@thebank.com Aug 04 2016 01:51:20     Nextier Bank,    P.O. Box 1232,
                Butler, PA 16003
14268643      +E-mail/Text: Bankruptcy@natfuel.com Aug 04 2016 01:50:56     National Fuel,    1100 State Street,
                PO Box 2081,    Erie, PA 16512-2081
13205975      +E-mail/Text: Protechasphalt@outlook.com Aug 04 2016 01:51:34     Protech Asphalt,
                P.O. Box 8425,    New Castle, PA 16107-8425
13203247       E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2016 01:44:29
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13194366      +E-mail/PDF: pa_dc_claims@navient.com Aug 04 2016 01:43:42     Sallie Mae,    P.O. Box 9533,
                Wilkes-Barre, PA 18773-9533
13211844      +E-mail/PDF: pa_dc_claims@navient.com Aug 04 2016 01:43:41     Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Brentwood Bank,    c/o Metz Lewis Brodman Must O’Keefe LLC,    11 Stanwix Street, 18th Floor,
                Pittsburgh
cr             Carter Lumber Co.
cr             Commonwealth of PA Dept of Labor & Industry Unempl
cr             H.P. Starr Lumber Co., LLC
cr             Lezzer Holdings, Inc.
13205988       Various leases for occupancy at,    real estate owned by Debtor
cr*           +ESB Bank,    600 Lawrence Avenue,    Ellwood City, PA 16117-1930
cr*           +Nextier Bank, N.A.,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1034
13205942*      Ally Bank,    Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
13205944*      Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
13205947*     +Brentwood Bank,    411 McMurray Drive,    Bethel Park, PA 15102-1165
13205961*     +First Commonwealth,    P.O. Box 537,   Indiana, PA 15701-0537
13205962*     +First Merit Bank,    P.O. Box 3648,    Akron, OH 44309-3648
13205963*     +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
13205966*     +Joe and Sally Monsour,    114 Hoover Road,    New Castle, PA 16101-3251
13205967*      Kubota Credit Corp.,    P.O. Box 0559,    Carol Stream, IL 60132-0559
13205968*     +Lezzer Lumber,    c/o John Ryan, Esquire,    202 South Front Street,    P.O. Box #1,
                Clearfield, PA 16830-0001
13205971*    ++NEXTIER BANK,    SPECIAL ASSETS,    245 PITTSBURGH RD,    BUTLER PA 16001-3883
              (address filed with court: Nextier Bank,    P.O. Box 1232,    Butler, PA 16003)
13205974*      PNC Mortgage,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13194365*     +R&K Partnership,    481 Maitland Lane,    New Castle, PA 16105-1447
13205979*     +Sallie Mae,    P.O. Box 9533,    Wilkes-Barre, PA 18773-9533
13205980*     +Sears/Citibank,    P.O. Box 689134,    Des Moines, IA 50368-9134
```

```
District/off: 0315-2              User: gamr                 Page 3 of 4                Date Rcvd: Aug 03, 2016
                                  Form ID: pdf900            Total Noticed: 85


              ***** BYPASSED RECIPIENTS (continued) *****
13205981*      +Shenango Area School District,   Mary Jane Cousins, Tax Collector,   1000 Willowbrook Road,
                 Suite 4,   New Castle, PA 16101-5444
13205985*      +Staph & DeCarbo,   2911 Wilmington Road,   New Castle, PA 16105-1249
cr            ##+Robert Koslow,   RFK Enterprises, LLC,   2209 N. Mercer Street,   New Castle, PA 16105-2841
13374780      ##+Brentwood Bank,   c/o Christine A. Saunders, Esq.,   Metz Lewis Brodman Must O'Keefe LLC,
                 11 Stanwix Street, 18th Floor,   Pittsburgh, PA 15222-1312
13205949      ##+Cabinet Sales Plus,   801 Vinial Street,   Pittsburgh, PA 15212-5177
13299508      ##+Castle Builders Supply Inc,   1409 Moravia Street,   New Castle PA 16101-3968
13205958      ##+East Resources, Inc.,   301 Brush Creek Road,   Warrendale, PA 15086-7529
13205976      ##+Quality Aggregates, Inc.,   4955 Stubenville Pike,   Suite 245,   Pittsburgh, PA 15205-9604
                                                                                            TOTALS: 6, * 18, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              Alan E. Cech    on behalf of Creditor    R&K Partners, L.P aecech@mhclawfirm.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Beverly Weiss Manne    on behalf of Creditor    H.P. Starr Lumber Co., LLC bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christine Saunders    on behalf of Creditor    Brentwood Bank csaunders@metzlewis.com
              Christopher L. Borsani    on behalf of Creditor    H.P. Starr Lumber Co., LLC
               cborsani@tuckerlaw.com, clborsani82@gmail.com
              Dai Rosenblum    on behalf of Creditor    Butler County Tax Claim Bureau dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              David W. Ross    on behalf of Creditor    FirstMerit Bank, N.A. dross@bccz.com
              David W. Ross    on behalf of Defendant    First Merit Bank dross@bccz.com
              David Z. Valencik    on behalf of Plaintiff Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor Donald R Calaiaro dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
```

```
District/off: 0315-2          User: gamr                  Page 4 of 4                  Date Rcvd: Aug 03, 2016
                              Form ID: pdf900             Total Noticed: 85
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Erica Koehl Dausch   on behalf of Defendant   First Merit Bank edausch@babstcalland.com, ekoehl@babstcalland.com

      Erica Koehl Dausch   on behalf of Creditor   FirstMerit Bank, N.A. edausch@babstcalland.com, ekoehl@babstcalland.com

      Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov

      Hilary Wheatley Taylor   on behalf of Defendant   ESB Bank htaylor@papernick-gefsky.com

      James A. Prostko   on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com

      Jennifer M. Irvin   on behalf of Creditor   Commonwealth of PA Dept of Labor & Industry Unemployment Compensation Fund jeirvin@pa.gov,   jeirvin@pa.gov

      Jillian Nolan Snider   on behalf of Creditor   First National Bank of Pennsylvania jsnider@grenenbirsic.com

      Joel M. Helmrich   on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com, diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com

      John C. Melaragno, Trustee   on behalf of Trustee John C. Melaragno johnm@mplegal.com, jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com

      John C. Melaragno, Trustee   on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com, jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com

      John M. Silvestri   on behalf of Creditor   RFK Enterprises, LLC staff.john.silvestri@usa.net

      John R. O'Keefe, Jr.   on behalf of Creditor   Brentwood Bank jokeefe@metzlewis.com

      Joseph P. Schalk   on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com, joseph.schalk@phelanhallinan.com

      Justin L. McCall   on behalf of Creditor   First Commonwealth Bank jmccall@lenderlaw.com, justin-mccall@comcast.net

      Justin L. McCall   on behalf of Creditor   Nextier Bank, N.A. jmccall@lenderlaw.com, justin-mccall@comcast.net

      Kenneth C. Thiess   on behalf of Creditor   Brentwood Bank kthiess@metzlewis.com

      Kirk B. Burkley   on behalf of Creditor   Shell Exploration & Production Co kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

      Louis M. Perrotta   on behalf of Creditor   McClymonds Supply & Transit Co, Inc cilliperrotta@comcast.net

      Mark A. Lindsay   on behalf of Creditor   Lezzer Holdings, Inc. mlindsay@bccz.com

      Mark A. Lindsay   on behalf of Defendant   Lezzer Holdings, Inc. mlindsay@bccz.com

      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

      Peter J. Ashcroft   on behalf of Creditor   Bank of America, N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

      Richard J. Parks   on behalf of Creditor   Carter Lumber Co. rjp@pbandg.com, ms@pietragallo.com;jk@pietragallo.com;llj@pietragallo.com

      Robert L. Murphy   on behalf of Defendant   ESB Bank rmurphy@papernick-gefsky.com, kkandra@papernick-gefsky.com

      Robert L. Murphy   on behalf of Creditor   ESB Bank rmurphy@papernick-gefsky.com, kkandra@papernick-gefsky.com

      Roger P. Poorman   on behalf of Creditor   Nextier Bank, N.A. rpoorman@lenderlaw.com

      Roger P. Poorman   on behalf of Creditor   First Commonwealth Bank rpoorman@lenderlaw.com

      Roger P. Poorman   on behalf of Defendant   Nextier Bank, N.A. rpoorman@lenderlaw.com

      Timothy P. Palmer   on behalf of Defendant   EM Energy Pennsylvania, LLC timothy.palmer@bipc.com, steven.dewick@bipc.com;donna.curcio@bipc.com

      Timothy P. Palmer   on behalf of Interested Party   EdgeMarc Energy d/b/a EM Energy Pennsylvania, LLC. timothy.palmer@bipc.com,   steven.dewick@bipc.com;donna.curcio@bipc.com

      TOTAL: 48