FILED
8/4/16 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>FRANK L. PASCOE and<br>BELINDA L. PASCOE<br><br>    Debtor<br><br>JOHN C. MELARAGNO, ESQ.,<br>CHAPTER 11 TRUSTEE<br>        Applicant<br>    Vs.<br><br>NO RESPONDENTS | Case No. 11-25985-TPA<br><br>Chapter 11<br><br>Document No._____<br><br>Related Doc. No. <u>1065</u> , 1074 |

## ORDER

AND NOW, this <u>4th</u> day of <u>August</u>, 2016, it is hereby ORDERED, ADJUDGED AND DECREED that the Trustee's Motion to Withdraw Trustee's Final Application for Chapter 11 Trustee's Compensation and Expenses is hereby GRANTED and said Trustee's Final Application for Chapter 11 Trustee's Compensation and Expenses filed at Document No. 1065 is hereby WITHDRAWN.

.

BY THE COURT:

_____
Hon. Thomas P. Agresti, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 11-25985-TPA
Frank L. Pascoe                                                 Chapter 11
Belinda L. Pascoe
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: gamr              Page 1 of 2              Date Rcvd: Aug 04, 2016
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db/jdb         +Frank L. Pascoe,   Belinda L. Pascoe,   1136 Brookshire Drive,   New Castle, PA 16101-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              Alan E. Cech    on behalf of Creditor    R&K Partners, L.P aecech@mhclawfirm.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Beverly Weiss Manne    on behalf of Creditor    H.P. Starr Lumber Co., LLC bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christine  Saunders    on behalf of Creditor    Brentwood Bank csaunders@metzlewis.com
              Christopher L. Borsani    on behalf of Creditor    H.P. Starr Lumber Co., LLC
               cborsani@tuckerlaw.com,    clborsani82@gmail.com
              Dai  Rosenblum    on behalf of Creditor    Butler County Tax Claim Bureau dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              David W. Ross    on behalf of Defendant    First Merit Bank dross@bccz.com
              David W. Ross    on behalf of Creditor    FirstMerit Bank, N.A. dross@bccz.com
              David Z. Valencik    on behalf of Plaintiff Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor Donald R Calaiaro dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro     on behalf of Joint Debtor Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro     on behalf of Plaintiff Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro     on behalf of Plaintiff Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro     on behalf of Debtor Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Erica Koehl Dausch    on behalf of Creditor    FirstMerit Bank, N.A. edausch@babstcalland.com,
               ekoehl@babstcalland.com
              Erica Koehl Dausch    on behalf of Defendant    First Merit Bank edausch@babstcalland.com,
               ekoehl@babstcalland.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;S
               teven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
              Hilary Wheatley Taylor    on behalf of Defendant    ESB Bank htaylor@papernick-gefsky.com

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: Aug 04, 2016
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com
      Jennifer M. Irvin    on behalf of Creditor    Commonwealth of PA Dept of Labor & Industry Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov
      Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania jsnider@grenenbirsic.com
      Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com, diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
      John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno johnm@mplegal.com, jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
      John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com, jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
      John M. Silvestri    on behalf of Creditor    RFK Enterprises, LLC staff.john.silvestri@usa.net
      John R. O'Keefe, Jr.    on behalf of Creditor    Brentwood Bank jokeefe@metzlewis.com
      Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com, joseph.schalk@phelanhallinan.com
      Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com, justin-mccall@comcast.net
      Justin L. McCall    on behalf of Creditor    Nextier Bank, N.A. jmccall@lenderlaw.com, justin-mccall@comcast.net
      Kenneth C. Thiess    on behalf of Creditor    Brentwood Bank kthiess@metzlewis.com
      Kirk B. Burkley    on behalf of Creditor    Shell Exploration & Production Co kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      Louis M. Perrotta    on behalf of Creditor    McClymonds Supply & Transit Co, Inc cilliperrotta@comcast.net
      Mark A. Lindsay    on behalf of Creditor    Lezzer Holdings, Inc. mlindsay@bccz.com
      Mark A. Lindsay    on behalf of Defendant    Lezzer Holdings, Inc. mlindsay@bccz.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Bank of America, N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Richard J. Parks    on behalf of Creditor    Carter Lumber Co. rjp@pbandg.com, ms@pietragallo.com;jk@pietragallo.com;llj@pietragallo.com
      Robert L. Murphy    on behalf of Defendant    ESB Bank rmurphy@papernick-gefsky.com, kkandra@papernick-gefsky.com
      Robert L. Murphy    on behalf of Creditor    ESB Bank rmurphy@papernick-gefsky.com, kkandra@papernick-gefsky.com
      Roger P. Poorman    on behalf of Creditor    Nextier Bank, N.A. rpoorman@lenderlaw.com
      Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com
      Roger P. Poorman    on behalf of Defendant    Nextier Bank, N.A. rpoorman@lenderlaw.com
      Timothy P. Palmer    on behalf of Interested Party    EdgeMarc Energy d/b/a EM Energy Pennsylvania, LLC. timothy.palmer@bipc.com, steven.dewick@bipc.com;donna.curcio@bipc.com
      Timothy P. Palmer    on behalf of Defendant    EM Energy Pennsylvania, LLC timothy.palmer@bipc.com, steven.dewick@bipc.com;donna.curcio@bipc.com

                                                                       TOTAL: 48