FILED
8/12/16 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| FRANK L. PASCOE AND BELINDA L. PASCOE | CASE NO. 11-25985-TPA |
| DEBTORS | CHAPTER 11 |
| JOHN C. MELARAGNO, ESQ., CHAPTER 11 TRUSTEE APPLICANT VS. | DOCUMENT NO._____ RELATED DOC. NO. __1067__ |
| NO RESPONDENTS | |

ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR ATTORNEY PRO SE
FOR SERVICES RENDERED TO THE CHAPTER 11 TRUSTEE

AND NOW, to-wit, this __12th__ day of __August__, 2016, upon consideration of the foregoing *Final Application for Allowance of Compensation*, the Court having considered the application together with supporting papers and itemization of services and expenses and statements of counsel,

IT IS ORDERED that the application of John C. Melaragno, Esq., for interim compensation as Attorney for the Chapter 11 Trustee in the amount of $4,957.50 and reimbursement of expenses in the amount of $1,584.61 for a total of $6,542.11 for the period from March 1, 2016 through July 15, 2016 is hereby GRANTED.

The Debtors shall make payment of the approved fees and expenses, as set forth herein, to the extent funds are available without impacting the Debtors' operations.

By the Court,

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Frank L. Pascoe
Belinda L. Pascoe
    Debtors

Case No. 11-25985-TPA
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 2      Date Rcvd: Aug 12, 2016
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db/jdb       +Frank L. Pascoe,   Belinda L. Pascoe,   1136 Brookshire Drive,   New Castle, PA 16101-3153
tr          +John C. Melaragno,   502 West 7th Street,   Erie, PA 16502-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
           Alan E. Cech   on behalf of Creditor   R&K Partners, L.P aecech@mhclawfirm.com
           Andrew F Gornall   on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Beverly Weiss Manne   on behalf of Creditor   H.P. Starr Lumber Co., LLC bmanne@tuckerlaw.com,
      bewmanne@aol.com
           Christine Saunders   on behalf of Creditor   Brentwood Bank csaunders@metzlewis.com
           Christopher L. Borsani   on behalf of Creditor   H.P. Starr Lumber Co., LLC
      cborsani@tuckerlaw.com, clborsani82@gmail.com
           Dai Rosenblum   on behalf of Creditor   Butler County Tax Claim Bureau dunmyrem@zoominternet.net,
      dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
           David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania
      draphael@grenenbirsic.com, mcupec@grenenbirsic.com
           David W. Ross   on behalf of Defendant   First Merit Bank dross@bccz.com
           David W. Ross   on behalf of Creditor   FirstMerit Bank, N.A. dross@bccz.com
           David Z. Valencik   on behalf of Plaintiff Frank L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           David Z. Valencik   on behalf of Joint Debtor Belinda L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           David Z. Valencik   on behalf of Plaintiff Belinda L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           David Z. Valencik   on behalf of Debtor Frank L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           Donald R. Calaiaro   on behalf of Creditor Donald R Calaiaro dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           Donald R. Calaiaro   on behalf of Joint Debtor Belinda L. Pascoe dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           Donald R. Calaiaro   on behalf of Plaintiff Belinda L. Pascoe dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           Donald R. Calaiaro   on behalf of Plaintiff Frank L. Pascoe dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           Donald R. Calaiaro   on behalf of Debtor Frank L. Pascoe dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
           Erica Koehl Dausch   on behalf of Creditor   FirstMerit Bank, N.A. edausch@babstcalland.com,
      ekoehl@babstcalland.com
           Erica Koehl Dausch   on behalf of Defendant   First Merit Bank edausch@babstcalland.com,
      ekoehl@babstcalland.com
           Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
      Office of the United States Trustee Heather.Sprague@usdoj.gov,
      Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov

```
District/off: 0315-2           User: aala                  Page 2 of 2                   Date Rcvd: Aug 12, 2016
                               Form ID: pdf900             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Hilary Wheatley Taylor    on behalf of Defendant    ESB Bank htaylor@papernick-gefsky.com
              James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer M. Irvin    on behalf of Creditor    Commonwealth of PA Dept of Labor & Industry
               Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov
              Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
               jsnider@grenenbirsic.com
              Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
               diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
              John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno johnm@mplegal.com,
               jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
               jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John M. Silvestri    on behalf of Creditor    RFK Enterprises, LLC staff.john.silvestri@usa.net
              John R. O'Keefe, Jr.    on behalf of Creditor    Brentwood Bank jokeefe@metzlewis.com
              Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com,
               justin-mccall@comcast.net
              Justin L. McCall    on behalf of Creditor    Nextier Bank, N.A. jmccall@lenderlaw.com,
               justin-mccall@comcast.net
              Kenneth C. Thiess    on behalf of Creditor    Brentwood Bank kthiess@metzlewis.com
              Kirk B. Burkley    on behalf of Creditor    Shell Exploration & Production Co
               kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdri
               ve.com
              Louis M. Perrotta    on behalf of Creditor    McClymonds Supply & Transit Co, Inc
               cilliperrotta@comcast.net
              Mark A. Lindsay    on behalf of Creditor    Lezzer Holdings, Inc. mlindsay@bccz.com
              Mark A. Lindsay    on behalf of Defendant    Lezzer Holdings, Inc. mlindsay@bccz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Bank of America, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Richard J. Parks    on behalf of Creditor    Carter Lumber Co. rjp@pbandg.com,
               ms@pietragallo.com;jk@pietragallo.com;llj@pietragallo.com
              Robert L. Murphy    on behalf of Defendant    ESB Bank rmurphy@papernick-gefsky.com,
               kkandra@papernick-gefsky.com
              Robert L. Murphy    on behalf of Creditor    ESB Bank rmurphy@papernick-gefsky.com,
               kkandra@papernick-gefsky.com
              Roger P. Poorman    on behalf of Creditor    Nextier Bank, N.A. rpoorman@lenderlaw.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com
              Roger P. Poorman    on behalf of Defendant    Nextier Bank, N.A. rpoorman@lenderlaw.com
              Timothy P. Palmer    on behalf of Defendant    EM Energy Pennsylvania, LLC timothy.palmer@bipc.com,
               steven.dewick@bipc.com;donna.curcio@bipc.com
              Timothy P. Palmer    on behalf of Interested Party    EdgeMarc Energy d/b/a EM Energy Pennsylvania,
               LLC. timothy.palmer@bipc.com, steven.dewick@bipc.com;donna.curcio@bipc.com
                                                                                             TOTAL: 48
```