UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| FRANK L. PASCOE and<br>BELINDA L. PASCOE | Case No. 11-25985-TPA |
| Debtor | Chapter 11 |
| JOHN C. MELARAGNO, ESQ.,<br>CHAPTER 11 TRUSTEE | Document No._____ |
| Applicant<br>Vs. | Related Doc. No. __1080__ |
| NO RESPONDENTS | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Final Application for Approval of Trustee's Compensation" filed on August 8, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Final Application for Approval of Trustee's Compensation" appears thereon. Pursuant to the Notice of Hearing, objections to the "Final Application for Approval of Trustee's Compensation" were to be filed and served no later than August 25, 2016.

It is hereby respectfully requested that the Order attached to the "Final Application for Approval of Trustee's Compensation" be entered by the Court.

Respectfully submitted,

MELARAGNO, PLACIDI, PARINI & VEITCH

Dated: August 26, 2016        By:   /s/   John C. Melaragno
John C. Melaragno, Esq.
502 West Seventh Street
Erie, Pennsylvania  16502
814-459-5557
814-459-6778 (fax)
Pa.S.Ct. I.D. No. 80207
johnm@mplegal.com