FILED
8/29/16 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| FRANK L. PASCOE and BELINDA L. PASCOE | Case No. 11-25985-TPA |
| Debtor | Chapter 11 |
| JOHN C. MELARAGNO, ESQ., CHAPTER 11 TRUSTEE | Document No._____ |
| Applicant Vs. | Related Doc. No.___1080___ |
| NO RESPONDENTS | |

### ORDER AWARDING TRUSTEE'S FINAL APPLICATION FOR COMPENSATION AND EXPENSES

AND NOW, this 29th day of _____August_____, 2016, upon consideration of the foregoing Final Application for Trustee Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $22,754.54 is reasonable final compensation for the services rendered in this case by JOHN C. MELARAGNO, Trustee; that such sum does not exceed the limitations prescribed by §326 of the Bankruptcy Code; that $343.35 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee for the period of time extending from March 1, 2016 through July 15, 2016.

The Debtors shall make payment of theses approved fees and expenses, as set forth herein, to the extent funds are available without impacting the Debtors' operations.

By the Court,

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 11-25985-TPA
Frank L. Pascoe                                                     Chapter 11
Belinda L. Pascoe
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: gamr              Page 1 of 2          Date Rcvd: Aug 29, 2016
                             Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb        +Frank L. Pascoe,   Belinda L. Pascoe,   1136 Brookshire Drive,   New Castle, PA 16101-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Alan E. Cech    on behalf of Creditor    R&K Partners, L.P aecech@mhclawfirm.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Beverly Weiss Manne    on behalf of Creditor    H.P. Starr Lumber Co., LLC bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christine  Saunders    on behalf of Creditor    Brentwood Bank csaunders@metzlewis.com
              Christopher L. Borsani    on behalf of Creditor    H.P. Starr Lumber Co., LLC
               cborsani@tuckerlaw.com,   clborsani82@gmail.com
              Dai  Rosenblum    on behalf of Creditor    Butler County Tax Claim Bureau dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              David W. Ross    on behalf of Defendant    First Merit Bank dross@bccz.com
              David W. Ross    on behalf of Creditor    FirstMerit Bank, N.A. dross@bccz.com
              David Z. Valencik    on behalf of Plaintiff Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor Donald R Calaiaro dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Erica Koehl Dausch    on behalf of Creditor    FirstMerit Bank, N.A. edausch@babstcalland.com,
               ekoehl@babstcalland.com
              Erica Koehl Dausch    on behalf of Defendant    First Merit Bank edausch@babstcalland.com,
               ekoehl@babstcalland.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;S
               teven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
              Hilary Wheatley Taylor    on behalf of Defendant    ESB Bank htaylor@papernick-gefsky.com

```
District/off: 0315-2                  User: gamr                    Page 2 of 2                   Date Rcvd: Aug 29, 2016
                                      Form ID: pdf900               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
          james.prostko@phelanhallinan.com
         Jennifer M. Irvin    on behalf of Creditor    Commonwealth of PA Dept of Labor & Industry
          Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
         Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
          jsnider@grenenbirsic.com
         Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
          diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
         John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno johnm@mplegal.com,
          jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
         John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
          jmelaragno@ecf.epiqsystems.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
         John M. Silvestri    on behalf of Creditor    RFK Enterprises, LLC staff.john.silvestri@usa.net
         John R. O'Keefe, Jr.    on behalf of Creditor    Brentwood Bank jokeefe@metzlewis.com
         Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
         Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com,
          justin-mccall@comcast.net
         Justin L. McCall    on behalf of Creditor    Nextier Bank, N.A. jmccall@lenderlaw.com,
          justin-mccall@comcast.net
         Kenneth C. Thiess    on behalf of Creditor    Brentwood Bank kthiess@metzlewis.com
         Kirk B. Burkley    on behalf of Creditor    Shell Exploration & Production Co
          kburkley@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
         Louis M. Perrotta    on behalf of Creditor    McClymonds Supply & Transit Co, Inc
          cilliperrotta@comcast.net
         Mark A. Lindsay    on behalf of Creditor    Lezzer Holdings, Inc. mlindsay@bccz.com
         Mark A. Lindsay    on behalf of Defendant    Lezzer Holdings, Inc. mlindsay@bccz.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Bank of America, N.A. pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Richard J. Parks    on behalf of Creditor    Carter Lumber Co. rjp@pbandg.com,
          ms@pietragallo.com;jk@pietragallo.com;llj@pietragallo.com
         Robert L. Murphy    on behalf of Defendant    ESB Bank rmurphy@papernick-gefsky.com,
          kkandra@papernick-gefsky.com
         Robert L. Murphy    on behalf of Creditor    ESB Bank rmurphy@papernick-gefsky.com,
          kkandra@papernick-gefsky.com
         Roger P. Poorman    on behalf of Creditor    Nextier Bank, N.A. rpoorman@lenderlaw.com
         Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com
         Roger P. Poorman    on behalf of Defendant    Nextier Bank, N.A. rpoorman@lenderlaw.com
         Timothy P. Palmer    on behalf of Interested Party    EdgeMarc Energy d/b/a EM Energy Pennsylvania,
          LLC. timothy.palmer@bipc.com,    steven.dewick@bipc.com;donna.curcio@bipc.com
         Timothy P. Palmer    on behalf of Defendant    EM Energy Pennsylvania, LLC timothy.palmer@bipc.com,
          steven.dewick@bipc.com;donna.curcio@bipc.com
                                                                                                TOTAL: 48