Case 11-25985-TPA    Doc 1090    Filed 09/02/16    Entered 09/02/16 11:15:18    Desc Main
Document    Page 1 of 1

FILED
9/2/16 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 11-25985-TPA |
| | : | Chapter: | 11 |
| Frank L. Pascoe | : | | |
| Belinda L. Pascoe | : | | |
| | : | Date: | 9/1/2016 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

*MATTER:*  #1062 Motion for Final Decree and Status Report

*APPEARANCES*:
  Debtor:  Donald R. Calaiaro (no appearance)
  Trustee:  John C. Melaragno + Mr. Pascoe
  Westbanco:  Robert Murphy

*NOTES:*

*OUTCOME:*  Upon consent of counsel, continued to:  10/6/16 at 10am in Ctrm C

jlm