Filed
10/6/16 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 11-25985-TPA |
| | : | Chapter: | 11 |
| Frank L. Pascoe | : | | |
| Belinda L. Pascoe | : | | |
| | : | Date: | 10/6/2016 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #1062 Continued Motion for Final Decree and Status Report
  #1088 Obj. by WesBanco Bank

**APPEARANCES**:
Debtor:  Donald R. Calaiaro (No Appearance)
Trustee:  John C. Melaragno
WesBanco:  Robert Murphy (No Appearance)

**NOTES:**

**Melaragno:**  All terms of the Confirmed Plan have been complied with and WesBanco has withdrawn its objection. All other litigation is complete and all fee applications have been filed and resolved.

**OUTCOME:**  GRANTED, OE.

jlm