FILED
10/5/16 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRANK L. PASCOE AND | : | |
| BELINDA L. PASCOE | : | |
| | : | Bankruptcy Case No. 11-25985-TPA |
| | : | |
| Debtors. | : | Related To Document Nos. 1062, 1063, 1085 and |
| | : | 1088 |
| | : | |
| FRANK L. PASCOE AND | : | Hearing Date: October 6, 2016 at 10:00 a.m. |
| BELINDA L. PASCOE | : | |
| | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| Respondents. | : | |

ORDER

AND NOW, to wit, this __5th__ day of _____October_____, 2016, after notice and a hearing, it is hereby Ordered, Decreed and Adjudged that the Limited Objection of WesBanco Bank, Inc. to Motion for Final Decree filed at Document No. 1088 is hereby withdrawn.

BY THE COURT:

_____(J)
United States Bankruptcy Judge   jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 11-25985-TPA
Frank L. Pascoe                                                     Chapter 11
Belinda L. Pascoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr                Page 1 of 2               Date Rcvd: Oct 05, 2016
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db/jdb         #+Frank L. Pascoe,   Belinda L. Pascoe,   1136 Brookshire Drive,   New Castle, PA 16101-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Alan E. Cech    on behalf of Creditor    R&K Partners, L.P aecech@mhclawfirm.com
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Beverly Weiss Manne    on behalf of Creditor    H.P. Starr Lumber Co., LLC bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christine Saunders    on behalf of Creditor    Brentwood Bank csaunders@metzlewis.com
              Christopher L. Borsani    on behalf of Creditor    H.P. Starr Lumber Co., LLC
               cborsani@tuckerlaw.com,   clborsani82@gmail.com
              Dai Rosenblum    on behalf of Creditor    Butler County Tax Claim Bureau dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              David W. Ross    on behalf of Defendant    First Merit Bank dross@bccz.com
              David W. Ross    on behalf of Creditor    FirstMerit Bank, N.A. dross@bccz.com
              David Z. Valencik    on behalf of Plaintiff Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Belinda L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Frank L. Pascoe dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor Donald R Calaiaro dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Belinda L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Frank L. Pascoe dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Erica Koehl Dausch    on behalf of Creditor    FirstMerit Bank, N.A. edausch@babstcalland.com,
               ekoehl@babstcalland.com
              Erica Koehl Dausch    on behalf of Defendant    First Merit Bank edausch@babstcalland.com,
               ekoehl@babstcalland.com

```
District/off: 0315-2           User: gamr              Page 2 of 2               Date Rcvd: Oct 05, 2016
                               Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Heather A. Sprague    on Behalf of the United States Trustee by   on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
          Hilary Wheatley Taylor    on behalf of Defendant   ESB Bank htaylor@papernick-gefsky.com
          James A. Prostko    on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com
          Jennifer M. Irvin    on behalf of Creditor   Commonwealth of PA Dept of Labor & Industry Unemployment Compensation Fund jeirvin@pa.gov,   jeirvin@pa.gov
          Jillian Nolan Snider    on behalf of Creditor   First National Bank of Pennsylvania jsnider@grenenbirsic.com
          Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com, diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
          John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          John M. Silvestri    on behalf of Creditor   RFK Enterprises, LLC staff.john.silvestri@usa.net
          John R. O'Keefe, Jr.    on behalf of Creditor   Brentwood Bank jokeefe@metzlewis.com
          Joseph P. Schalk    on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com, joseph.schalk@phelanhallinan.com
          Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com, justin-mccall@comcast.net
          Justin L. McCall    on behalf of Creditor    Nextier Bank, N.A. jmccall@lenderlaw.com, justin-mccall@comcast.net
          Kenneth C. Thiess    on behalf of Creditor    Brentwood Bank kthiess@metzlewis.com
          Kirk B. Burkley    on behalf of Creditor   Shell Exploration & Production Co kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Louis M. Perrotta    on behalf of Creditor    McClymonds Supply & Transit Co, Inc cilliperrotta@comcast.net
          Mark A. Lindsay    on behalf of Creditor    Lezzer Holdings, Inc. mlindsay@bccz.com
          Mark A. Lindsay    on behalf of Defendant    Lezzer Holdings, Inc. mlindsay@bccz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Bank of America, N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Richard J. Parks    on behalf of Creditor    Carter Lumber Co. rjp@pbandg.com, ms@pietragallo.com;jk@pietragallo.com;llj@pietragallo.com
          Robert L. Murphy    on behalf of Defendant    ESB Bank rmurphy@papernick-gefsky.com, kkandra@papernick-gefsky.com
          Robert L. Murphy    on behalf of Creditor    ESB Bank rmurphy@papernick-gefsky.com, kkandra@papernick-gefsky.com
          Roger P. Poorman    on behalf of Creditor    Nextier Bank, N.A. rpoorman@lenderlaw.com
          Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com
          Roger P. Poorman    on behalf of Defendant    Nextier Bank, N.A. rpoorman@lenderlaw.com
          Timothy P. Palmer    on behalf of Interested Party    EdgeMarc Energy d/b/a EM Energy Pennsylvania, LLC. timothy.palmer@bipc.com,   steven.dewick@bipc.com;donna.curcio@bipc.com
          Timothy P. Palmer    on behalf of Defendant    EM Energy Pennsylvania, LLC timothy.palmer@bipc.com, steven.dewick@bipc.com;donna.curcio@bipc.com

                                                                                                                   TOTAL: 48