FILED
10/6/16 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

FRANK L. PASCOE : Case Number 11-25985 TPA
BELINDA L. PASCOE : Chapter 11
 :
    *Debtors* : Document No. 1062

### FINAL DECREE

    ***AND NOW***, this ***6th*** day of ***October, 2016***, the Estate of the above named Debtors has been fully administered. Therefore,

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that the Chapter 11 case of the above-named Debtor is ***CLOSED***.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 11-25985-TPA
Frank L. Pascoe                                                     Chapter 11
Belinda L. Pascoe
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 4            Date Rcvd: Oct 06, 2016
                              Form ID: pdf900         Total Noticed: 84
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
```
db/jdb         #+Frank L. Pascoe,    Belinda L. Pascoe,    1136 Brookshire Drive,    New Castle, PA 16101-3153
tr              +John C. Melaragno,    502 West 7th Street,    Erie, PA 16502-1333
r               +Anne Westbrook,    Berkshire Hathaway HomeServices,    140 S. Main Street,
                  Slippery Rock, PA 16057-1245
cr               Bank of America, N.A.,    c/o Bernstein Law Firm,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr              +Butler County Tax Claim Bureau,    Butler County Courthouse,    124 W. Diamond Street,
                  P.O. Box 1208,    Butler, PA 16003-1208
cr               Donald R Calaiaro,    Calaiaro Valencik,    428 Forbes Avenue, Suite 900,
                  Pittsburgh, PA 15219-1621
intp             EdgeMarc Energy d/b/a EM Energy Pennsylvania, LLC.,    600 Technology Drive, Suite 300,
                  Canonsburg, PA 15317
cr              +First Commonwealth Bank,    Three Gateway Center,    401 Liberty Avenue, Suite 1375,
                  Pittsburgh, PA 15222-1004
cr              +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
cr               FirstMerit Bank, N.A.,    c/o David W. Ross, Esquire,    Babst, Calland, Clements & Zomnir, P.C.,
                  Two Gateway Center, 7th Floor,    Pittsburgh, PA 15222
r               +Georgie Ann Smigel,    20510 Route 19,    Cranberry Twp., PA 16066-7526
md              +Joel M. Helmrich,    Dinsmore & Shohl,    One Oxford Centre,    Suite 2800,
                  Pittsburgh, PA 15219-1400
cr              +McClymonds Supply & Transit Co, Inc,    c/o Cilli & Perrotta, P.C.,
                  229 S. Jefferson Street, Ste 203,    New Castle, PA 16101-3894
acc              Nicholas F. Paolini,    325 East Washington Street,    New Castle, PA 16101-4049
cr              +R&K Partners, L.P,    c/o Alan E. Cech, Esquire,    706 Rochester Road,
                  Pittsburgh, PA 15237-1706
cr               RFK Enterprises, LLC,    1429 Butler Avenue,    New Castle, PA 16101
14268642         ACL,    PO Box 740631,    Cincinnati, OH 45274-0631
13191138       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                  Wilmington, DE 19886-5102)
13205946        +BLX Oil, Inc.,    233 North Park Drive,    Kittanning, PA 16201-7123
13205943        +Baird Brothers,    7060 Crory Road,    Canfield, OH 44406-9720
13194352         Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
13205945        +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
13194353         Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
13317935        +Bank of America, N.A.,    P O Box 26012,    NC4-105-02-99,    Greensboro, NC 27420-6012
13194354        +Brentwood Bank,    411 McMurray Drive,    Bethel Park, PA 15102-1165
13205951        +CBS,    1409 Moravia Street,    New Castle, PA 16101-3930
13205948        +Cabela’s Visa,    One Cabela Drive,    Sidney, NE 69160-0001
13205950        +Carter Lumber,    P.O. Box 40,    Kent, OH 44240-0001
13298613        +Carter Lumber Co.,    c/o Richard J. Parks, Esq.,    Pietragallo Gordon Alfano Bosick & Raspa,
                  54 Buhl Boulevard,    Sharon, PA 16146-3706
13205952        +Central Heating,    925 Moravia Street,    New Castle, PA 16101-3916
13205953        +Chambers Steel,    P.O. Box 235,    West Middlesex, PA 16159-0235
13205954        +Contact with Jason & Jessica Devido,    932 Old State Road,    New Castle, PA 16101-6583
13205955        +Contact with Kristen Pascoe and,    William Albertini,    1132 Motor Street,
                  New Castle, PA 16101-3049
13205956        +Crescent Supply,    P.O. Box 40110,    Pittsburgh, PA 15201-0110
13205957        +Desco,    2412 Wilmington Road,    New Castle, PA 16105-1939
13205959        +ESB Bank,    600 Lawrence Avenue,    Ellwood City, PA 16117-1930
13194355        +ESB Bank,    c/o RL Murphy Esq,    Papernick & Gefsky,    301 Grant St-34th Fl,
                  Pittsburgh PA 15219-6401
13205960       #+F&S Properties,    1136 Brookshire Drive,    New Castle, PA 16101-3153
13204574        +First Commonwealth Bank,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                  401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13194357        +First Merit Bank,    P.O. Box 3648,    Akron, OH 44309-3648
13194358        +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
13227473         First National Bank of Pennsylvania,    Grenen & Birsic, P.C.,    c/o Jillian L. Nolan, Esquire,
                  One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
13299329         FirstMerit Bank, N.A.,    c/o Erica L. Koehl, Esquire,    Two Gateway Center, 7th Floor,
                  Pittsburgh, PA 15222
13298964        +H.P. Starr Lumber Co., LLC,    c/o Christopher L. Borsani, Esq.,    Tucker Arensberg, P.C.,
                  1500 One PPG Place,    Pittsburgh, PA 15222-5413
13205964        +HP Starr Lumber,    P.O. Box 3666,    Pittsburgh, PA 15230-3666
13205965         Jason and Jessica Devido,    1132 Motor Street,    New Castle, PA 16101-3049
13194359        +Joe and Sally Monsour,    114 Hoover Road,    New Castle, PA 16101-3251
13194360         Kubota Credit Corp.,    P.O. Box 0559,    Carol Stream, IL 60132-0559
13235246         Lezzer Holdings, Inc.,    c/o Mark Lindsay, Esquire,    Babst, Calland, Clements & Zomnir, P.C.,
                  Two Gateway Center, 6th Floor,    Pittsburgh, PA 15222
13194361        +Lezzer Lumber,    c/o John Ryan, Esquire,    202 South Front Street,    P.O. Box #1,
                  Clearfield, PA 16830-0001
13205969        +McClure Johnston,    201 Corey Avenue,    Braddock, PA 15104-1397
13205970        +McClymonds Supply & Transit,    P.O. Box 296,    Portersville PA 16051-0296
```

```
District/off: 0315-2            User: gamr                    Page 2 of 4                   Date Rcvd: Oct 06, 2016
                                Form ID: pdf900               Total Noticed: 84

13222783      +NexTier Bank, N.A.,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13205973      +PF Cook,    2080 Ehrman Road,    Cranberry Township, PA 16066-2204
13195058      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13194363       PNC Mortgage,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13205972     #+Pacoe Builders,    2530 New Butler Road,    New Castle, PA 16101-3225
14268644       Penelec,    76 S. Main Street,    Akron, OH 44308-1890
14268645       Quest Diagnostics,    PO Box 740631,    Cincinnati, OH 45274-0631
13205977      +R&K,    481 Maitland Lane,    New Castle, PA 16105-1447
13194364      +R&K Partnership,    481 Maitland Lane,    New Castle, PA 16105-1447
13205978      +RFK Partnership,    1429 New Butler Road,    New Castle, PA 16101-3001
13194367      +Sears/Citibank,    P.O. Box 689134,    Des Moines, IA 50368-9134
13194368      +Shenango Area School District,    Mary Jane Cousins, Tax Collector,    1000 Willowbrook Road,
                Suite 4,    New Castle, PA 16101-5444
13205982      +Sherwin Williams,    1611 W.State Street,    New Castle, PA 16101-1231
13205983       Silver Dollar Resort,    12515 Silver Dollar Drive,    Odessa, FL 33556-2237
13205984      +Smiley Electric,    1225 Old Princeton Road,    New Castle, PA 16101-6246
13194369      +Staph & DeCarbo,    2911 Wilmington Road,    New Castle, PA 16105-1249
13205986      +Suburban,    193 Crowe Avenue,    Mars, PA 16046-3303
13205987      +Superior Drywall,    1259 Freedom Crider Road,    Freedom, PA 15042-9318
13246236       WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14268646       We Florida Financial,    P.O. Box 14548,    Fort Lauderdale, FL 33302-4548
13205989      +Zillweger, Inc.,    ATTN: Ryan Zillweger,    100 Zillweger Lane,    Butler, PA 16002-0904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: jmelaragno@iq7technology.com Oct 07 2016 01:46:35      John C. Melaragno,
                 502 West 7th Street,    Erie, PA 16502-1333
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2016 01:33:07
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 07 2016 01:46:32
                 Shell Exploration & Production Co,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200,    Gulf Tower,    Pittsburgh, PA 15219-1945
13194351        E-mail/Text: ally@ebn.phinsolutions.com Oct 07 2016 01:45:51      Ally Bank,
                 Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
13190753       +E-mail/Text: ally@ebn.phinsolutions.com Oct 07 2016 01:45:51
                 Ally Financial Inc. f/k/a GMAC Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13194356       +E-mail/Text: bankruptcynotice@fcbanking.com Oct 07 2016 01:45:53      First Commonwealth,
                 P.O. Box 537,    Indiana, PA 15701-0537
13194362        E-mail/Text: rfrench@thebank.com Oct 07 2016 01:46:24      Nextier Bank,    P.O. Box 1232,
                 Butler, PA 16003
14268643        E-mail/Text: Bankruptcy@natfuel.com Oct 07 2016 01:46:13      National Fuel,    1100 State Street,
                 PO Box 2081,    Erie, PA 16512-2081
13205975       +E-mail/Text: Protechasphalt@outlook.com Oct 07 2016 01:46:31      Protech Asphalt,
                 P.O. Box 8425,    New Castle, PA 16107-8425
13203247        E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2016 01:32:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13194366       +E-mail/PDF: pa_dc_claims@navient.com Oct 07 2016 01:33:08      Sallie Mae,    P.O. Box 9533,
                 Wilkes-Barre, PA 18773-9533
13211844       +E-mail/PDF: pa_dc_claims@navient.com Oct 07 2016 01:33:08      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Brentwood Bank,    c/o Metz Lewis Brodman Must O'Keefe LLC,    11 Stanwix Street, 18th Floor,
                 Pittsburgh
cr              Carter Lumber Co.
cr              Commonwealth of PA Dept of Labor & Industry Unempl
cr              H.P. Starr Lumber Co., LLC
cr              Lezzer Holdings, Inc.
13205988        Various leases for occupancy at,    real estate owned by Debtor
cr*            +ESB Bank,    600 Lawrence Avenue,    Ellwood City, PA 16117-1930
cr*            +Nextier Bank, N.A.,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13205942*       Ally Bank,    Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
13205944*       Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
13205947*      +Brentwood Bank,    411 McMurray Drive,    Bethel Park, PA 15102-1165
13205961*      +First Commonwealth,    P.O. Box 537,    Indiana, PA 15701-0537
13205962*      +First Merit Bank,    P.O. Box 3648,    Akron, OH 44309-3648
13205963*      +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
13205966*      +Joe and Sally Monsour,    114 Hoover Road,    New Castle, PA 16101-3251
13205967*       Kubota Credit Corp.,    P.O. Box 0559,    Carol Stream, IL 60132-0559
13205968*      +Lezzer Lumber,    c/o John Ryan, Esquire,    202 South Front Street,    P.O. Box #1,
                 Clearfield, PA 16830-0001
13205971*      ++NEXTIER BANK,    SPECIAL ASSETS,    245 PITTSBURGH RD,    BUTLER PA 16001-3883
                (address filed with court: Nextier Bank,    P.O. Box 1232,    Butler, PA 16003)
13205974*       PNC Mortgage,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13194365*      +R&K Partnership,    481 Maitland Lane,    New Castle, PA 16105-1447
13205979*      +Sallie Mae,    P.O. Box 9533,    Wilkes-Barre, PA 18773-9533
```

```
District/off: 0315-2                   User: gamr                    Page 3 of 4                   Date Rcvd: Oct 06, 2016
                                       Form ID: pdf900               Total Noticed: 84


              ***** BYPASSED RECIPIENTS (continued) *****
13205980*      +Sears/Citibank,   P.O. Box 689134,    Des Moines, IA 50368-9134
13205981*      +Shenango Area School District,    Mary Jane Cousins, Tax Collector,    1000 Willowbrook Road,
                 Suite 4,   New Castle, PA 16101-5444
13205985*      +Staph & DeCarbo,    2911 Wilmington Road,    New Castle, PA 16105-1249
app           ##+Diversified Evaluation Company,    Gateway Towers,    320 Fort Duquesne Boulevard,   Suite 319,
                 Pittsburgh, PA 15222-1102
cr            ##+Robert Koslow,    RFK Enterprises, LLC,    2209 N. Mercer Street,    New Castle, PA 16105-2841
13374780      ##+Brentwood Bank,    c/o Christine A. Saunders, Esq.,    Metz Lewis Brodman Must O'Keefe LLC,
                 11 Stanwix Street, 18th Floor,    Pittsburgh, PA 15222-1312
13205949      ##+Cabinet Sales Plus,    801 Vinial Street,    Pittsburgh, PA 15212-5177
13299508      ##+Castle Builders Supply Inc,    1409 Moravia Street,    New Castle PA 16101-3968
13205958      ##+East Resources, Inc.,    301 Brush Creek Road,    Warrendale, PA 15086-7529
13205976      ##+Quality Aggregates, Inc.,    4955 Stubenville Pike,    Suite 245,   Pittsburgh, PA 15205-9604
                                                                                               TOTALS: 6, * 18, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:

        Alan E. Cech    on behalf of Creditor    R&K Partners, L.P aecech@mhclawfirm.com
        Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Beverly Weiss Manne    on behalf of Creditor    H.P. Starr Lumber Co., LLC bmanne@tuckerlaw.com,
      bewmanne@aol.com
        Christine Saunders    on behalf of Creditor    Brentwood Bank csaunders@metzlewis.com
        Christopher L. Borsani    on behalf of Creditor    H.P. Starr Lumber Co., LLC
      cborsani@tuckerlaw.com,   clborsani82@gmail.com
        Dai Rosenblum    on behalf of Creditor    Butler County Tax Claim Bureau dunmyrem@zoominternet.net,
      dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
        David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
      draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
        David W. Ross    on behalf of Creditor    FirstMerit Bank, N.A. dross@bccz.com
        David W. Ross    on behalf of Defendant    First Merit Bank dross@bccz.com
        David Z. Valencik    on behalf of Plaintiff Frank L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
        David Z. Valencik    on behalf of Joint Debtor Belinda L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
        David Z. Valencik    on behalf of Plaintiff Belinda L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
        David Z. Valencik    on behalf of Debtor Frank L. Pascoe dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
        Donald R. Calaiaro    on behalf of Creditor Donald R Calaiaro dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
        Donald R. Calaiaro    on behalf of Joint Debtor Belinda L. Pascoe dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
        Donald R. Calaiaro    on behalf of Plaintiff Belinda L. Pascoe dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com

```
District/off: 0315-2                  User: gamr                    Page 4 of 4                  Date Rcvd: Oct 06, 2016
                                      Form ID: pdf900               Total Noticed: 84
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donald R. Calaiaro   on behalf of Plaintiff Frank L. Pascoe dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          Donald R. Calaiaro   on behalf of Debtor Frank L. Pascoe dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          Erica Koehl Dausch   on behalf of Defendant   First Merit Bank edausch@babstcalland.com,
           ekoehl@babstcalland.com
          Erica Koehl Dausch   on behalf of Creditor   FirstMerit Bank, N.A. edausch@babstcalland.com,
           ekoehl@babstcalland.com
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov,
           Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
          Hilary Wheatley Taylor   on behalf of Defendant   ESB Bank htaylor@papernick-gefsky.com
          James A. Prostko   on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jennifer M. Irvin   on behalf of Creditor   Commonwealth of PA Dept of Labor & Industry
           Unemployment Compensation Fund jeirvin@pa.gov,   jeirvin@pa.gov
          Jillian Nolan Snider   on behalf of Creditor   First National Bank of Pennsylvania
           jsnider@grenenbirsic.com
          Joel M. Helmrich   on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
           diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
          John C. Melaragno, Trustee   on behalf of Trustee John C. Melaragno johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          John C. Melaragno, Trustee   on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          John M. Silvestri   on behalf of Creditor   RFK Enterprises, LLC staff.john.silvestri@usa.net
          John R. O'Keefe, Jr.   on behalf of Creditor   Brentwood Bank jokeefe@metzlewis.com
          Joseph P. Schalk   on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Justin L. McCall   on behalf of Creditor   First Commonwealth Bank jmccall@lenderlaw.com,
           justin-mccall@comcast.net
          Justin L. McCall   on behalf of Creditor   Nextier Bank, N.A. jmccall@lenderlaw.com,
           justin-mccall@comcast.net
          Kenneth C. Thiess   on behalf of Creditor   Brentwood Bank kthiess@metzlewis.com
          Kirk B. Burkley   on behalf of Creditor   Shell Exploration & Production Co
           kburkley@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Louis M. Perrotta   on behalf of Creditor   McClymonds Supply & Transit Co, Inc
           cilliperrotta@comcast.net
          Mark A. Lindsay   on behalf of Creditor   Lezzer Holdings, Inc. mlindsay@bccz.com
          Mark A. Lindsay   on behalf of Defendant   Lezzer Holdings, Inc. mlindsay@bccz.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Bank of America, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Richard J. Parks   on behalf of Creditor   Carter Lumber Co. rjp@pbandg.com,
           ms@pietragallo.com;jk@pietragallo.com;llj@pietragallo.com
          Robert L. Murphy   on behalf of Defendant   ESB Bank rmurphy@papernick-gefsky.com,
           kkandra@papernick-gefsky.com
          Robert L. Murphy   on behalf of Creditor   ESB Bank rmurphy@papernick-gefsky.com,
           kkandra@papernick-gefsky.com
          Roger P. Poorman   on behalf of Creditor   Nextier Bank, N.A. rpoorman@lenderlaw.com
          Roger P. Poorman   on behalf of Creditor   First Commonwealth Bank rpoorman@lenderlaw.com
          Roger P. Poorman   on behalf of Defendant   Nextier Bank, N.A. rpoorman@lenderlaw.com
          Timothy P. Palmer   on behalf of Defendant   EM Energy Pennsylvania, LLC timothy.palmer@bipc.com,
           steven.dewick@bipc.com;donna.curcio@bipc.com
          Timothy P. Palmer   on behalf of Interested Party   EdgeMarc Energy d/b/a EM Energy Pennsylvania,
           LLC. timothy.palmer@bipc.com,   steven.dewick@bipc.com;donna.curcio@bipc.com

                                                                                                TOTAL: 48